**WM. LANING & SON CO., Appellant, v. GENESEE VALLEY FROZEN FOODS, Inc.**

Nos. 9925, 9997.

United States Court of Appeals
Third Circuit.

Argued Nov. 21, 1949.

Decided Nov. 29, 1949.

Louis J. Weinshenker, New York City (Michael G. Alenick, Newark, N. J., on the brief), for appellant.

Joseph A. Davis, Jersey City, N. J. (O'Mara, Conway & Schumann, Jersey City,

N. J., Edward J. O'Mara, Jersey City, on the brief), for appellee.

Before MARIS, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

Our examination of the record in this case satisfies us that the trial judge did not err in his findings of fact and conclusions of law. These in turn support the judgment for $13,728.48 against the plaintiff which the district court entered in favor of the defendant on its counterclaim and from which the plaintiff appealed in No. 9925. It necessarily follows that the order appealed from in No. 9997 was rightly entered. Accordingly both the judgment and the order will be affirmed.